FILED
March 22, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

Hello to who it may concern, My name Latrice Mayes, I'm contacting you guys because I'm residing at the Howard County Jail and I'm a disable young black woman that's been racial profiled the guards is not letting me see the Judge or they not telling me anything about my case I been here over 30 days with no attorney or anything they wont tell me a release date but I been here over my time, please check into this please, also please take this into consideration thank you please help me they are very unprofessional and very rude here please help me seek the information I need Also Its freezing cold in this Jail its been 15 days without no Heat every day I'm sending in request To fix the heat to see the Judge also to see medical doctor Because I'm pregnant and they denying my requests all requests they are holding me longer for I dont know why. The officers Are flirting with the Inmate they letting the inmates do things they are not suppose to do please Check into all this they wont call my attorney I'm not suppose to be in Jail this long please help me resolve this please Asap at your convience. I am a scared young Disable Black woman thank you All of the officer are not Racial profiling

The ones I know of are please Help me please see also whats going on with my case they wont let me see the Judge green that comes every day I even needs to see MHMR they wont let me see them neither, I put in numerous requests to see her again like I put in numerous requests about my case its Been 34 total days Im worried bout my Mom She's sick I take care of my mom please help me I'm all my moms have, we have mold in shower Please help me resolve my requests please I think this Jail holding me against the time I was suppose to Be gone. I had Court 2wice that I never made because of the Howard County Jail where I'm residing at right now My court date which I dont have now please find out what's going on please thank you please write me back I am disable please also please come see at yall convience I looking forward to hearing from you guys they scream in honor at us for its not just me other woman inmates getting treated unfairly please look into my case + Etc. please They keeping me + others under false charges thats not mines Please sorry to reach out under these circumstances please help me thanks,

I'm also trying to go to rehab I have no Status of nothing I'm sick also with my diabetes also I'm Leaking Fluid In my vagina thats infection in they Still letting me sit around not see no medical doctor nothing please help Look into this at your conveince thank you. please I would like to Remain announmous +etc please. But I dont want to remain announmous about my case Status Because I need to know whats going on; please help Thankyou! Please Contact me as soon as possible please I need Help please! Thank you! I would like to discuss further whith you guys please contact me At: howard County Jail
3611 W. Highway 80  POD E
Bigspring TEXAS
Zipcode 79720

I would like to file grievencel Lawsuit please contact me as legal mail thankyou!
I caught stomach infection here in Jail & etc
I stood in here I almost  Looking forward
committed Suicide I been  to hearing from you
in here so Long I'm sick  guys. Thank you.
also with my diabetes etc.
please Contact Me thankyou   Sign Cherrie
                              Mayes

Date 3-15-22

United States District Court,

My name is Cherice Mayes, iam of Sound Mind and Speaking for all the female incarcerated in the Howard County jail center. Due to the extreme conditions and lack of Medical Services, also we Have Been without state ordered utilities we have in the Cold without a heater to keep Warm. We also have been Here longer than State ordered time past 30 days without Being indicted also there are three Women pregnant and at High Risk and in need of Medical and Nutritional Support Nor do the guards allow any of us (including myself) attorney phone calls, or any information on my case or why iam Being Detained.

3-15-22

Respectfully; X Cherice Mayes

X Cherice mayes

Cherie Marie Mayes
3611 West, Highway 80
Big Spring TX 79720

U.S. District Court
Office of the Clerk
Northern District of Texas
1205 Tx. Ave, Room 209
Lubbock, TX 79401

RECEIVED
MAR 22 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS