UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| CHERICE MARIE MAYES,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD COUNTY SHERIFF,<br><br>Defendant. | No. 1:22-CV-00024-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated July 22, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge